[No. 17913-0-II.  Division Two.  July 12, 1996.]

MARY HUNTER, *Appellant*, v. ERIC HUNTER, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-02207-1, M. Karlyn Haberly, J., entered January 14, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J. Pro Tem.

[No. 18016-2-II.  Division Two.  July 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMMY
LEE SUTTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-04427-7, Brian M. Tollefson, J., entered February 3, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ.

[No. 18086-3-II.  Division Two.  July 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK J.
TOPPANO, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 93-1-00149-5, James B. Sawyer II, J., entered January 20, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Bridgewater and Armstrong, JJ.